IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
ORLANDO DIVISION

LAQUITA DAVIS-HARRISON,

    *Plaintiff*,

v.                                          Case No.: 6:21cv1980-MW/MAF

JOSEPH C. COLLINS,
CHIEF UNITED STATES
PROBATION OFFICER,

    *Defendant*.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 28, and has also reviewed *de novo* Plaintiff's objections, ECF No. 29.

Plaintiff raises four issues, but none of them help her case. First, this Court notes that the exhibits were properly excluded from review because this Court is addressing a motion to dismiss. Second, the statute of limitations does bar her failure-to-promote claim. Third, Plaintiff cannot bring a claim under Title 18 as a private citizen. And fourth, Plaintiff's second amended complaint did not assert a retaliation claim.

Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 28, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion. Defendant's motion to dismiss, ECF No. 23, is **GRANTED**. The Clerk shall enter judgment stating, "Plaintiff's second amended complaint is **DISMISSED with prejudice** because she cannot pursue a claim under 42 U.S.C. § 1981 or Title VII." The Clerk shall close the file.

**SO ORDERED on November 2, 2022.**

                                        s/Mark E. Walker               
                                        **Chief United States District Judge**